| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>MICHAEL E. PAPPAS (SBN 130400)<br>mpappas@lesnickprince.com<br>ANDREW R. CAHILL (SBN 233798)<br>acahill@lesnickprince.com<br>LESNICK PRINCE & PAPPAS LLP<br>315 W. Ninth St., Suite 705<br>Los Angeles, California 90015<br>Telephone: (213) 493-6585; Facsimile: (213) 493-6596<br>ATTORNEY(S) FOR: Defendant/Counterclaimant Paulo Ferro | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRONE USA, INC.<br><br>Plaintiff(s),<br>v.<br>PAULO FERRO, an individual<br><br>Defendant(s) | CASE NUMBER:<br>2:17-cv-05124-DMG-SK<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Paulo Ferro_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Paulo Ferro | Defendant/Counterclaimant |
| Drone USA, Inc. | Plaintiff/Counterdefendant; no parent corp. or publicly help corp. owning more than 10% of DRONE USA, Inc. |
| Michael Bannon | Counterdefendant |
| TCA Global Credit Master Fund, LP | Counterdefendant |
| TCA Global Credit Fund GP, Ltd. | General Partner of TCA Global Credit Master Fund, LP |

| | |
|---|---|
| July 31, 2017<br>Date | /s/Michael E. Pappas<br>Signature |

Attorney of record for (or name of party appearing in pro per):

Defendant and Counterclaimant Paulo Ferro

CV-30 (05/13)      NOTICE OF INTERESTED PARTIES