MICHAEL E. PAPPAS (SBN 130400)
mpappas@lesnickprince.com
ANDREW R. CAHILL (SBN 233798)
acahill@lesnickprince.com
DEBRA E. CARDARELLI (SBN 272087)
dcardarelli@lesnickprince.com
LESNICK PRINCE & PAPPAS LLP
315 W. Ninth Street, Suite 705
Los Angeles, California 90015
Telephone: (213) 493-6585
Facsimile: (213) 493-6596

Attorneys for Defendant and Counterclaimant
Paulo Ferro

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRONE USA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>PAULO FERRO, an individual,<br><br>          Defendant.<br><br>---<br><br>PAULO FERRO, an individual,<br><br>          Counterclaimant,<br><br>     v.<br><br>DRONE USA, INC., a Delaware corporation, MICHAEL BANNON, an individual, and TCA GLOBAL CREDIT MASTER FUND, LP, a Cayman Islands Limited Partnership<br><br>          Counterdefendants. | Case No.: 2:17-cv-05124-DMG (SK)<br><br>**STIPULATION REGARDING (1) DISMISSAL OF ACTION AND (2) RETENTION OF COURT'S JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

WHEREAS, on November 27, 2018, Plaintiff and Counterdefendant Drone USA, Inc. and Counterdefendant Michael Bannon and Defendant and Counterclaimant Paulo Ferro (collectively, the "Parties") notified the Court Clerk as to the settlement of this action.

WHEREAS, effective November 27, 2018, the Parties signed a settlement agreement resolving the claims and counterclaims asserted in this action (the "Settlement Agreement");

WHEREAS, the Settlement Agreement contemplates actions to be taken over time, with the final action to be taken on or before December 15, 2019;

WHEREAS, the Parties have agreed to request that the Court retain jurisdiction to enforce the Settlement Agreement;

THE PARTIES STIPULATE AND AGREE, by and through their respective undersigned counsel, as follows:

1. The Court retain jurisdiction of this action for purposes of enforcing the Settlement Agreement for a period of fourteen months following entry of the requested order; and

2. Subject to the Court retaining jurisdiction to enforce the Settlement Agreement, the Court dismiss the entire action with prejudice.

Dated: December 28, 2018          LESNICK PRINCE & PAPPAS LLP

By: /s/ Debra E. Cardarelli
MICHAEL E. PAPPAS
ANDREW R. CAHILL
DEBRA E. CARDARELLI
*Attorneys for Defendant and Counterclaimant Paulo Ferro*

1

STIPULATION REGARDING DISMISSAL OF ACTION AND RETENTION OF JURISDICTION

Dated: December 28, 2018							BLANK ROME

By: _____
GREGORY M. BORDO
CHRISTOPHER J. PETERSEN
*Attorneys for Plaintiff and Counterdefendant Drone USA, Inc. and Counterdefendant Michael Bannon*