# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRONE USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAULO FERRO, an individual, <br><br> Defendant. <br><br> ——————————————— <br><br> PAULO FERRO, an individual, <br><br> Counterclaimant, <br><br> v. <br><br> DRONE USA, INC., a Delaware corporation, MICHAEL BANNON, an individual, and TCA GLOBAL CREDIT MASTER FUND, LP, a Cayman Islands Limited Partnership <br><br> Counterdefendants. | Case No.: CV 17-5124-DMG (SKx) <br><br> **ORDER TO DISMISS ACTION AND RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT [76]** |

The Court having considered the Stipulation re (1) Dismissal of Action and (2) Retention of Court's Jurisdiction to Enforce Settlement Agreement [Doc. # 76], and good cause appearing:

IT IS HEREBY ORDERED:

1. For a period of 14 months following the entry of this Order, the Court will retain jurisdiction to enforce the terms of the November 27, 2018 Settlement Agreement entered into by and between Plaintiff and Counterdefendant Drone USA, Inc. and Counterdefendant Michael Bannon and Defendant and Counterclaimant Paulo Ferro.
2. Subject to the Court retaining jurisdiction to enforce the Settlement Agreement pursuant to this Order, the above-captioned action is dismissed with prejudice.

DATED:  January 2, 2019

_____
DOLLY GEE
UNITED STATES DISTRICT JUDGE